**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

**No. 12-2217**

—————————————

PREMIUM OF AMERICA LLC,

Plaintiff – Appellant,

v.

SAVE POA, LLC; DAVID HARTCORN,

Defendants - Appellees.

—————————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William  D.  Quarles,  Jr.,  District Judge.  (1:12-cv-00580-WDQ)

—————————————

Submitted:  March 21, 2013            Decided:  April 3, 2013

—————————————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

—————————————

Affirmed by unpublished per curiam opinion.

—————————————

Charles O. Monk, II, Kimberly A. Manuelides, Jennifer A. DeRose, SAUL EWING LLP, Baltimore, Maryland, for Appellant.  Jennifer C. Adams, J. ADAMS ATTORNEYS, LLC, Annapolis, Maryland, for Appellees.

—————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Premium of America LLC appeals the district court's order granting the Appellees' Fed. R. Civ. P. 12(b)(6) motion to dismiss the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Premium of America LLC v. POA, No. 1:12-cv-00580-WDQ (D. Md. Sept. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED